IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WINSTONS HERNANDEZ-LUGO, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. GLR-25-3434 |
| PAMELA BONDI, et al., | * | |
| Respondents. | * | |
| | *** | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 25th day of November, 2025, by the United States District Court for the District of Maryland, hereby:

1. ORDERED that Winstons Hernandez-Lugo's Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED in that:

   a. Respondents Pamela Bondi, Kristi Noem, Todd M. Lyons, and Nikita Scott are ENJOINED from detaining Hernandez-Lugo under 8 U.S.C. § 1225(b);

   b. Within seven (7) days of the date of this Order, Respondents shall RETURN Hernandez-Lugo to the Baltimore Field Office of U.S. Immigration and Customs Enforcement ("ICE"), located at 31 Hopkins Plaza, 6th Floor, Baltimore, Maryland, 21201 ("the ICE Baltimore Field Office"), for an initial determination by an immigration officer on Hernandez-Lugo's bond or detention under 8 U.S.C. § 1226(a);

c. If the immigration officer does not release Hernandez-Lugo on a bond, Respondents shall ARRANGE for Hernandez-Lugo to receive, within seven (7) days of the date of this Order, a bond hearing before an immigration judge, at which he can be represented by his present counsel, at the Immigration Court in either Baltimore, Maryland or Hyattsville, Maryland;

d. The bond hearing shall be conducted under 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.1, 1003.19, and 1236.1, and Respondents shall PROVIDE Hernandez-Lugo with any other process due to him under these provisions;

e. During any ICE detention following the immigration officer's determination and before any bond hearing to occur in accordance with this Order, Hernandez-Lugo shall be DETAINED in Maryland or in a state immediately adjacent to Maryland;

f. If Hernandez-Lugo is not released on bond by an immigration officer or provided with a bond hearing before an immigration judge within seven (7) days of date of this Order, Respondents shall RELEASE Hernandez-Lugo from custody from the ICE Baltimore Field Office. If released, Hernandez-Lugo may be subject to conditions, including a requirement that he appear at a bond hearing at the Immigration Court in Baltimore, Maryland or Hyattsville, Maryland;

2

    g.    Within ten (10) days of the date of this Order, the parties shall FILE a Joint Status Report to confirm Respondents' compliance with this Order. If Hernandez-Lugo has not been released from custody, the Joint Status Report shall state whether and when a bond hearing was held in accordance with this Order and shall further inform the Court of the grounds for the immigration judge's decision;

2.     IT IS FURTHER ORDERED that Hernandez-Lugo's Petition (ECF No. 1) is DENIED as to any further relief he seeks at this time;

3.     IT IS FURTHER ORDERED that Respondents' Motion to Dismiss (ECF No. 12) is DENIED;

4.     IT IS FURTHER ORDERED that the Court shall RETAIN jurisdiction of this matter to enforce compliance with this Order; and

5.     IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this order to all counsel of record.

                                                                                     /s/
                                              George L. Russell, III
                                              Chief United States District Judge