IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WINSTONS MANUEL HERNANDEZ-
LUGO,

      Petitioner,

v.

PAMELA BONDI, et al.,

      Respondents.

\*
\*
\*    Civil Action No. GLR-25-3434
\*
\*
\*
\*\*\*

## ORDER

Upon consideration of Petitioner Winstons Manuel Hernandez-Lugo's Petition for Writ of Habeas Corpus filed on October 17, 2025 (ECF No. 1), the Court's Order on November 25, 2025 (ECF No. 15), Hernandez-Lugo's Status Report on December 5, 2025, indicating that he was released, (Status Report at 1, ECF No. 16), and the entire record in this case, it is hereby:

ORDERED that no further status reports need to be filed; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

So ordered this 24th day of February, 2026.

                              /s/

                          George L. Russell, III
                          Chief United States District Judge